**194**

tiff's filing a proper motion with an adequate supporting memorandum.

Edward J. HAYES

v.

PLANTATIONS STEEL CO.

No. 79–430–A.

Supreme Court of Rhode Island.

March 20, 1980.

Keven A. McKenna, Providence, for plaintiff.

DeSimone & Del Sesto Law Corporation, Ronald W. Del Sesto, Providence, for defendant.

ORDER

The defendant's motion that its brief be accepted as timely filed is granted.

In re Thomas JOSEPH.

No. 79–356–M.P.

Supreme Court of Rhode Island.

March 20, 1980.

Robert R. Nocera, Diocesan Bureau of Social Services, Pawtucket, Rev. George L. Frappier, for petitioner.

Mitchell S. Riffkin, Providence, for respondents.

ORDER

Certiorari was granted in this case on October 26, 1979. The record was retained in the Family Court pending a hearing. Said hearing having now concluded, the stenographer in this case is directed to prepare forthwith the transcript of the hearing together with the Family Court justice's decision and to make completed portions of said transcript available to counsel as soon as they are transcribed. This case is specially assigned for oral argument to Friday, June 20, 1980. The petitioner's brief shall be filed on or before May 23, 1980 and the respondents' brief shall be filed on or before June 13, 1980.

In re Thomas JOSEPH.

No. 80–124–A.

Supreme Court of Rhode Island.

March 20, 1980.

Robert R. Nocera, Pawtucket, The Diocesan Bureau of Social Services, for appellant.

Mitchell S. Riffkin, Providence, for appellees.

ORDER

The March 17, 1980 stay of that portion of the Family Court decree which would permit the return of the minor child to Richard and Judith Pelletier is continued until further order of the court.